4-BOXES PLTF-COURTS EXHI
2-MED CHARTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

U.S.A

PLAINTIFF(S),

v.

PACE + BOYD

DEFENDANT(S).

CASE NUMBER

CR99-1007(D)-LGB

RECEIPT FOR EXHIBITS
SUBMITTED TO EXHIBITS CUSTODIAN

I hereby certify that all exhibits identified on the Exhibits List filed in the within action, with the exceptions listed below, were submitted to the Exhibits Custodian on  3/1/01 , 19__

*Catherine Jeangs*
Courtroom Deputy Clerk/ Magistrate Clerk

Exceptions:_____

---

*TO BE COMPLETED BY EXHIBITS CUSTODIAN*

I hereby acknowledge receipt of all exhibits submitted for the within case with the following discrepancies:

ENTER ON ICMS

VERIFIED

JUN 11 2001

DATED: __4/23/2001__                TJ LAWSON
                                     Exhibits Custodian    425

*Original: Retained by Exhibit Custodian    Copy 1: To File    Copy 2: Return to Courtroom/Magistrate Clerk*
G-78 (6/98)        RECEIPT FOR EXHIBITS SUBMITTED TO EXHIBIT CUSTODIAN
                                                          *U.S. GPO: 1998-778-528/81015