| ✎PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>2:99-CR-01007-MMM-05 |
|---|---|---|
| TRANSFER OF JURISDICTION | FILED<br>CLERK, U.S. DISTRICT COURT<br>2/24/21<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____WH____ DEPUTY | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Western |
|---|---|---|
| Mr. Allen Pace III<br>11284 Alga CT<br>Las Vegas, Nevada 89141 | NAME OF SENTENCING JUDGE<br>Lourdes G. Baird | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>October 1, 2020 | TO<br>September 30, 2023 |

**OFFENSE**
18 USC 1951 (Count 1) - Conspiracy to Interfere with Commerce by Robbery
18 USC 1951 (Count 2) - Interference with Commerce by Robbery
18 USC 924(c) (Count 3) - Using and Carrying a Firearm During a Crime of Violence
18 USC 1956(a)(1)(B)(i) (Counts 28-39) - Laundering of Monetary Instruments, Aiding and Abetting
18 USC 1957 (Counts 40, 41, and 43-45) - Money Laundering Transactions Exceeding $10,000.00, Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 2/24/21 | *[signature]* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____NEVADA_____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| Effective Date | United States District Judge |