

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

February 25, 2021

Clerk, United States District Court

_____ District of _____Nevada_____

333 Las Vegas Boulevard South
Las Vegas, NV 89101-7065

Re:   Transfer of Our Case No.  LA99CR01007-MMM
      Assigned Your Case No.
      Case Title: USA v. HILL

Dear Sir/Madam:

[✓] Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court. Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

[ ] Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By  Y. LOUIS
    Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, Transferee District

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By _____

_____          Deputy Clerk
Date

CR-22 (11/20)           **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**